# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSHUA SEAN MACKE,**

    Defendant.

Case No.

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Richard Cohen;
The defendant appears personally and represented by counsel, Jay Stansell;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and c) that defendant's release on supervision could be revoked if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following conditions of supervision as set forth below:

1) Failing to obtain permission of the court or probation officer to leave the judicial district on or about August 10, 2011.

2) Failing to report for urinalysis testing on or about May 12, 2011.

The court having accepted the defendant's admission to the above listed violations, releases the defendant on an appearance bond with continued supervision of the US Probation Office and the additional condition that defendant participate in the home confinement program which includes active GPS.

Disposition Hearing set for Tuesday, August 30, 2011, at 2:00 pm before the Honorable Richard S. Martinez.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

August 18, 2011.

*s/ J. Kelley Arnold*
**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1